## DEPARTMENT OF VETERANS AFFAIRS
### OFFICE OF EMPLOYMENT DISCRIMINATION COMPLAINT ADJUDICATION
### WASHINGTON, D.C. 20420

APR 2 3 2018

### TRANSMITTAL OF FINAL AGENCY DECISION

**TO:** The Parties
Representatives of the Parties (if applicable)
ORM Field Office
EEOC Administrative Judge (if applicable)

**SUBJ:** Final Agency Decision

Complainant's Name: Clara Finch Cruz
Agency Case No.: 200I-0614-2017101635

Enclosed is the Department's Final Agency Decision concerning the above-referenced complaint of employment discrimination.

The Final Agency Decision includes a statement explaining Complainant's right of appeal and right to file a civil action.

The transmittal to Complainant and, if applicable, Complainant's representative, includes EEOC Form 573 (MSPB Form 185, if the subject complaint is a mixed case) for use should Complainant wish to appeal the enclosed Final Agency Decision.

If Complainant requested a hearing before an EEOC administrative judge, the transmittal to the ORM field office also encloses the hearing record, including the EEOC administrative judge's decision, and/or other miscellaneous correspondence/documents provided to this office by the judge.

Maxanne R. Witkin
Director

Enclosures