UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CLARA FINCH CRUZ, M.D.**                                                                 **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO.:2:18-cv-2483**

**ROBERT WILKIE, ACTING SECRETARY,**
**U.S. DEPARTMENT OF VETERANS AFFAIRS**                          **DEFENDANT**

## NOTICE OF SERVICE OF PLAINTIFF'S ELECTRONICALLY STORED INFORMATION

PLEASE TAKE NOTICE that Plaintiff has this day served the following:

1. Plaintiff's Electronically Stored Information via the USAfx File Exchange.

A true and correct copy of this Notice has been served upon the Defendants. The original pleading is being retained in the possession of counsel for the Plaintiff.

THIS the 9th day of November, 2018.

Respectfully submitted,

Clara Finch Cruz

/s/ Kristy L. Bennett
Kristy L. Bennett BPR #30016
Tressa V. Johnson BPR #26401
JOHNSON AND BENNETT, PLLC
1331 Union Avenue, Suite 1226
Memphis, TN 38104
(901) 402-6830 (direct)
(901) 462-8629 (fax)
kristy@myjbfirm.com

## **CERTIFICATE OF SERVICE**

I, Kristy L. Bennett, one of the attorneys for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to the following counsel of record:

Monica M. Simmons-Jones
United States Attorney's Office
167 North Main Street, Suite 800
Memphis, TN 38103
monica.simmons@usdoj.gov

THIS the 9th day of November, 2018.

/s/ Kristy L. Bennett
Kristy L. Bennett