# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CLARA FINCH CRUZ, M.D., )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>ROBERT WILKIE, ACTING )<br>SECRETARY, U.S. DEPARTMENT OF )<br>VETERANS AFFAIRS, )<br>)<br>Defendant. ) | Case No. 2:18-cv-2483-JPM-tmp |

## ORDER OF REFERENCE FOR DETERMINATION

Before the Court is Plaintiff Clara Finch Cruz's Motion to Compel and Request for Status Conference Regarding Plaintiff's Motion to Compel filed March 12, 2019. (ECF No. 31.) The Motion to Compel and any related discovery motions are referred to the United States Magistrate Judge for determination.

**IT IS SO ORDERED**, this 14th day of March, 2019.

                                                    /s/ Jon P. McCalla
                                                  JON P. McCALLA
                                                  UNITED STATES DISTRICT JUDGE