**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**CLARA FINCH CRUZ, M.D.**  **PLAINTIFF**

v.  **CIVIL ACTION NO.: 2:18-cv-2483-JPM-tmp**

**ROBERT WILKIE, SECRETARY,**
**U.S. DEPARTMENT OF VETERANS AFFAIRS**   **DEFENDANT**

**PLAINTIFF'S MOTION FOR A TWO-WEEK EXTENSION**
**OF THE EXPERT DISCLOSURE DEADLINES**

Plaintiff, Clara Finch Cruz, M.D., by and through the undersigned counsel, moves the Court, for a two-week extension of the Disclosure of Rule 26(a)(2) Expert information. Plaintiff provides the Court with the following facts and status:

1. This case was initially filed on July 18, 2018. (Doc 1).

2. A Scheduling Conference was held on October 26, 2018, where Attorneys Tressa V. Johnson and Kristy L. Bennett appeared for the Plaintiff and Monica M. Simmons-Jones and Stuart J. Canale appeared for the Defendant. (Doc. 23).

3. The Scheduling Order was entered on October 26, 2018. (Doc. 25).

4. The trial in this matter was set for September 16, 2019. (Doc. 24).

5. The Scheduling Order required FRCP 26(a)(1) Initial Disclosures to be served on November 9, 2018. (Doc. 25).

6. The Scheduling Order required all related E-Communications to be turned over on November 9, 2018. (Doc. 25).

7. The Parties exchanged initial disclosures on November 9, 2018.

1

8. Following a shutdown of the federal government, an administrative stay was entered on this case on December 28, 2018. (Misc. Case No. 2:mc-00051-STA; Doc 2)

9. On January 28, 2019, Chief Judge Thomas Anderson entered an Order lifting the previously imposed stay on matters being handled by the United States Attorney's Office and further stating, "all current deadlines in civil cases affected by the previous Order shall be extended for a period of time commensurate with the duration of the stay, 35 days." (Misc. Case No. 2:mc-00051-STA; Doc 15).

10. On February 22, 2019, the Plaintiff filed her Amended Complaint (Doc 30) to include her termination pursuant to the Order of the Court during the scheduling conference on October 26, 2018. (Doc 23).

11. On May 2, 2019, the Defendant filed its Answer to Amended Complaint. (Doc 49).

12. The subject matter of this case spans just over five years and will involve multiple fact witnesses for both sides, expert testimony on the issue of damages and testimony from Plaintiff's treating physicians as necessary to establish any disputed fact as to Plaintiff's disability and/or disputed facts related to said claim, and extensive documents to be reviewed, especially considering E-Communications and Electronically Stored Information (ESI).

13. On March 18, 2019, Judge J. McCalla entered the Amended Scheduling Order extending the deadlines int his matter and resetting the Jury Trial to Monday, February 24, 2020 at 9:30AM. (Doc 34).

14. The deadline for disclosure of Rule 26(a)(2) experts in the Amended Scheduling Order are July 31, 2019, for Plaintiff and September 3, 2019, for Defendant.

15. Plaintiff initially retained the services of an economist in March 2019, but prior to the expert being able to prepare a report, an unexpected personal issue arose and, on June 2, 2019, the expert refunded Plaintiff's retainer to allow her to obtain another expert.

16. Plaintiff retained the services of a new economist expert on June 13, 2019.

17. Both Parties have exchanged written discovery.

18. Plaintiff's economist requires the paystubs for Plaintiff while employed by Defendant in order to complete his expert report, which have been requested.

19. Defendant has worked to provide Plaintiff with the paystubs as quickly as possible and paystubs are anticipated to be provided by Defendant within days.

20. On July 15, 2019, Plaintiff filed an unopposed Second Motion to Amend the Scheduling Order and Reset Trial Date. (Doc 58).

21. On July 19, 2019, the Court set a status conference for Monday, July 29, 2019. (Doc 59), which was reset to July 30, 2019 at 2:30 PM (Doc 61) to discuss the pending Second Motion to Amend the Scheduling Order and Reset Trial Date. (Doc 58).

22. The Second Motion to Amend the Scheduling Order and Reset Trial Date (Doc 58) would make the instant motion moot, however, out of an abundance of caution, Plaintiff files this motion regarding the expert designation deadlines, only, seeking a two-week extension for the Parties' Rule 26(a)(2) designation deadline.

23. The extension would make Plaintiff's 26(a)(2) designation deadline August 14, 2019, and Defendant's 26(a)(2) designation deadline would be September 17, 2019.

24. The deadline for all discovery in this matter is October 4, 2019. (Doc 34).

25. Plaintiff does not make this request for the purpose of delay and the time this matter is taking is unavoidable. The Parties have acted in good faith.

26. Plaintiff has been unable to reach opposing counsel at the time of the filing of this motion, however, as Defendant did not object to six months extension, it is doubtful that two weeks for the expert designation would be objectionable.

WHEREFORE PREMISES CONSIDERED, upon good faith belief and facts shown that Plaintiffs have established good cause for this Court to grant the Parties a two-week extension to serve their FRCP 26(a)(2) disclosures.

This, the 29th day of July, 2019.

Respectfully submitted,

Clara Finch Cruz

/s/ Kristy L. Bennett\_\_\_
Kristy L. Bennett BPR #30016
Tressa V. Johnson BPR #26401
JOHNSON AND BENNETT, PLLC
1331 Union Avenue, Suite 1226
Memphis, TN 38104
(901) 402-6515 (direct)
(901) 462-8629 (fax)
tressa@myjbfirm.com

## **CERTIFICATE OF CONSULTATION**

The undersigned, as counsel for the Plaintiff attempted to reach Defendant's counsel regarding the filing of the Plaintiff's Motion for A Two-Week Extension of The Expert Disclosure Deadlines, but that Plaintiff was unable to reach counsel at the time of the filing of the motion. Defendant's counsel did not object to a six-month extension, so Plaintiff's counsel believes that Defendant would be agreeable with a two-week extension of the expert designation deadlines in this matter.

This the 29th day of July, 2019.

/s/ Kristy L. Bennett
Kristy L. Bennett

CERTIFICATE OF SERVICE

      I, Tressa V. Johnson, one of the attorneys for the Plaintiff, do hereby certify that I have this day served via ECF filing, email, or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to the following counsel of record:

Monica M. Simmons-Jones
United States Attorney's Office
167 North Main Street, Suite 800
Memphis, TN 38103
monica.simmons@usdoj.gov

      THIS the 29th day of July, 2019.

                                  /s/ Kristy L. Bennett
                                    Kristy L. Bennett