# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**CLARA FINCH CRUZ, M.D.**                                        **PLAINTIFF**

  **vs.**                                                      **Civil. No. 2:18-cv-2483-JPM-tmp**

**ROBERT WILKIE, SECRETARY,**
**U.S. DEPARTMENT OF VETERANS AFFAIRS**                    **DEFENDANT**

## NOTICE OF SERVICE OF PLAINTIFF'S EXPERT DESGNATION

PLEASE TAKE NOTICE that Plaintiff has this day served the following:

1.     Plaintiff's Expert Designation

A true and correct copy of this Notice has been served upon the Defendants. The original pleading is being retained in the possession of counsel for the Plaintiff.

THIS the 14th day of August, 2019.

                                                    Respectfully submitted,
                                                    Clara Finch Cruz

                                                    /s/ Kristy L. Bennett
                                                    Kristy L. Bennett BPR #30016
                                                    Tressa V. Johnson BPR #26401
                                                    JOHNSON AND BENNETT, PLLC
                                                    1331 Union Avenue, Suite 1226
                                                    Memphis, TN 38104
                                                    (901) 402-6830 (direct)
                                                    (901) 462-8629 (fax)
                                                    kristy@myjbfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the Clerk of the United States District Court for the Western District of Tennessee using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF system.

Brian Coleman and
Barak J. Babcock
Federal Express Corporation
3620 Hacks Cross Road
Building B – 3rd Floor
Memphis, TN 38125

THIS the 14th day of August, 2019.

/s/ Kristy L. Bennett
Kristy L. Bennett