UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CLARA FINCH CRUZ, M.D. | PLAINTIFF |
| v. | CIVIL ACTION NO.:2:18-cv-2483 |
| ROBERT WILKIE, ACTING SECRETARY, U.S. DEPARTMENT OF VETERANS AFFAIRS | DEFENDANT |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Dr. Clara Finch Cruz ("Plaintiff") and Defendant Robert Wilkie ("Defendant") (collectively the "Parties"), by and through undersigned counsel and pursuant to Local Rule 41.1, respectfully submit this Notice of Settlement.

Through constant communication, the Parties reached a settlement agreement on March 10, 2020. The Parties are working to finalize the settlement agreement. Once the agreement is finalized and executed, the Parties will file a Joint Stipulation of Dismissal in accordance with Rule 41(a)(1)(ii), within twenty-eight (28) days of this Notice.

Respectfully submitted this the 25th day of March, 2020.

Respectfully submitted,

Clara Finch Cruz

/s/ Kristy L. Bennett
Kristy L. Bennett BPR #30016
Tressa V. Johnson BPR #26401
JOHNSON AND BENNETT, PLLC
1331 Union Avenue, Suite 1226
Memphis, TN 38104

(901) 402-6830(direct)
(901) 462-8629 (fax)
kristy@myjbfirm.com
tressa@myjbfirm.com

COUNSEL FOR PLAINTIFF

REAGAN FONDREN
Digitally signed by REAGAN FONDREN
Date: 2020.03.24 16:23:16 -05'00'

Reagan Taylor Fondren (TN #024743)
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, TN 38103
901-544-4231
reagan.fondren@usdoj.gov

COUNSEL FOR DEFENDANT

2