# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**CLARA FINCH CRUZ, M.D.**                                                              **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO.: 2:18-cv-2483-JPM-tmp**

**JURY TRIAL DEMANDED**

**ROBERT WILKIE, SECRETARY,**
**U.S. DEPARTMENT OF VETERANS AFFAIRS**                           **DEFENDANT**

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS

Plaintiff, Clara Finch Cruz, M.D., by and through counsel, submits this Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a), as to all of her claims in this action.

THIS the _____ day of March , 2020.

                                                  Respectfully submitted,
                                                  Clara Finch Cruz, M.D.

                                                  /s/ Kristy L Bennett
                                                  Kristy L. Bennett BPR #30016
                                                  Tressa V. Johnson BPR #26401
                                                  JOHNSON AND BENNETT, PLLC
                                                  1331 Union Avenue, Suite 1226
                                                  Memphis, TN 38104
                                                  (901) 402-6601
                                                  (901) 462-8629 (fax)
                                                  tressa@myjbfirm.com
                                                  kristy@myjbfirm.com

                                                  *COUNSEL FOR PLAINTIFF*

1

2

                                                          _____

Reagan Fondren BPR# 024743  
United States Attorney's Office  
167 North Main Street, Suite 800  
Memphis, TN 38103  
reagan.fondren@usdoj.gov

*COUNSEL FOR DEFENDANT*